It is ordered and adjudged by this court that the judgment of the said Court of Appeals be, and the same is hereby, affirmed for the reason that the insurance policy involved herein contains language reasonably susceptible to different interpretations and hence will be given the construction most favorable to the assured.
 
 Farmers National Bank
 
 v.
 
 Delaware Insurance Co.,
 
 83 Ohio St., 309;
 
 Mumaw
 
 v.
 
 Western & Southern Life Insurance Co.,
 
 97 Ohio St., 1;
 
 Great American Mutual Indemnity Co.
 
 v.
 
 Jones,
 
 111 Ohio St., 84.
 

 Judgment affirmed.
 

 Marshall, C. J., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur.